# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| Leah Norris Iversen, | Civil No. 09-3399 (RHK/JJK) |
| Plaintiff, | **ORDER FOR DISMISSAL WITH PREJUDICE** |
| vs. | |
| Macalester College, | |
| Defendant. | |

Pursuant to the parties' Stipulation for Dismissal (Doc. No. 19), **IT IS ORDERED** that, pursuant to Federal Rule of Civil Procedure 41, the above-entitled matter is **DISMISSED WITH PREJUDICE**, and without costs or fees to either party.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

Dated: January 25, 2011

_____
RICHARD H. KYLE
United States District Judge